PER CURIAM.
We reverse and remand upon authority of Stark v. Bailey Drainage District, 505 So.2d 566 (Fla. 4th DCA 1987); McFadden v. County of Orange, 499 So.2d 920 (Fla. 5th DCA 1986); Payne v. Broward County, 461 So.2d 63 (Fla.1984); Ralph v. City of Daytona Beach, 471 So.2d 1 (Fla.1983); City of St. Petersburg v. Collom, 419 So.2d 1082 (Fla.1982); Department of Transportation v. Neilson, 419 So.2d 1071 (Fla.1982).
REVERSED and REMANDED.
LETTS, DELL and WALDEN, JJ., concur.